IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Heard, John

Printed: 9/3/08

Case Number: 08 B 11414
Judge: Wedoff, Eugene R
Filed: 5/6/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: July 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Santander Consumer USA | Secured | 34,057.00 | 0.00 |
| 2. | Internal Revenue Service | Priority | 37,195.57 | 0.00 |
| 3. | Santander Consumer USA | Unsecured | 89.13 | 0.00 |
| 4. | Internal Revenue Service | Unsecured | 1,957.03 | 0.00 |
| 5. | Department Of The Treasury | Priority | | No Claim Filed |
| 6. | Department Of The Treasury | Priority | | No Claim Filed |
| 7. | Department Of The Treasury | Priority | | No Claim Filed |
| 8. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 9. | Department Of The Treasury | Priority | | No Claim Filed |
| 10. | Department Of The Treasury | Priority | | No Claim Filed |
| 11. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 12. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 13. | Credit Protection Association | Unsecured | | No Claim Filed |
| 14. | Credit Management Service | Unsecured | | No Claim Filed |
| 15. | Credit Protection Association | Unsecured | | No Claim Filed |
| 16. | Alliance One | Unsecured | | No Claim Filed |
| 17. | Harris & Harris | Unsecured | | No Claim Filed |
| 18. | US Bank | Unsecured | | No Claim Filed |
| 19. | Medical Collections | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 73,298.73 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Heard, John | Case Number:  08 B 11414 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/3/08 | Filed:  5/6/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

